# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00574-CV

**In re Ivo Nabelek**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We deny the petition for writ of mandamus filed by Ivo Nabelek.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices B. A. Smith and Waldrop

Filed:  November 14, 2006